RAÚL R. LABRADOR
IDAHO ATTORNEY GENERAL

YVONNE DUNBAR
Chief of State General Counsel Division

MATTHEW K. SHRIVER, ISB NO. 8472
BENJAMIN C. SEVER, ISB NO. 12120
Deputy Attorney General
State of Idaho
P. O. Box 36
Boise, ID   83722-0410
Telephone:  (208) 334-7530
Facsimile:  (208) 364-7387
E-mail: matt.shriver@tax.idaho.gov
　　　　　ben.sever@tax.idaho.gov

*Attorneys for the Idaho State Tax Commission*

# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re:<br><br>REDLINE RECREATIONAL TOYS, INC.,<br><br>　　　　　　　　　　　　　　Debtors. | CASE NO.  24-00388-NGH<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
|---|---|

**TO:　THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST AND COUNSEL OF RECORD:**

　　　COMES NOW Matthew K. Shriver and Ben C. Sever, Deputys Attorney General for the State of Idaho, Office of the Attorney General, and gives notice of their appearance in the above-captioned case as counsel for the Idaho State Tax Commission. Request is made for service of all notices, pleadings, and other papers pursuant to the Federal Rules of Bankruptcy Procedure and Idaho Local Bankruptcy Rules and for them to be added to the mailing matrix herein.

///

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

DATED July 24, 2024.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

/s/ *Matthew K. Shriver*
Matthew K. Shriver
Deputy Attorney General

s/ *Ben C. Sever*
Ben C. Sever
Deputy Attorney General

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 24, 2024, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system and the same was served on the following CM/ECF Registered Participants as more fully reflected on the Notice of Electronic Filing.

    Brian Michael Rothschild
    brothschild@parsonsbehle.com

    Andrew Seth Jorgensen
    andrew.jorgensen@usdoj.gov

    Gary L. Rainsdon
    POB 506
    Twin Falls, ID 83303

/s/ *Matthew K. Shriver*
Matthew K. Shriver
Deputy Attorney General

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2