Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
800 W Main St Suite 1300
Boise, Idaho 83702
Telephone: 208.562.4900
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ECF@parsonsbehle.com

Hearing Date: August 22, 2024

Hearing Time: 9:00a.m.

*Proposed Attorneys for Debtor Power Block Coin L.L.C.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In re: | Case No. 24-bk-00388-NGH |
|---|---|
| Redline Recreational Toys Inc.<br><br>Debtor | Chapter 11<br><br>Judge Noah G. Hillen |

## DEBTOR'S EXHIBIT AND WITNESS LIST

| WITNESS LIST | |
|---|---|
| 1. | Dustin Weniger, Redline Recreational Toys, Inc. |
| 2. | Cheryl Adams, Ampleo |
| 3. | |

Further, Redline Recreational Toys, Inc., reserves the right to call any witness called by any other party, and any witness offered for rebuttal.

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 100 | | | | [08/05/2024] UCC Certificate |
| 101 | | | | [08/08/2011] Monterey UCC Filings |
| 102 | | | | [11/20/2015] Alaska Growth Capital UCC Filings |
| 103 | | | | [09/28/2018] Polaris Acceptance UCC Filings |

39130.001\4895-5646-3064

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 104 | | | | [11/30/2018] Funding Metrics UCC Filings |
| 105 | | | | [12/06/2018] Dimension Funding UCC Filings |
| 106 | | | | [12/12/2018] CT Corporation System UCC Filings |
| 107 | | | | [01/18/2019] Bryn Mawr Equipment Finance, Inc., UCC Filings |
| 108 | | | | [02/01/2019] Mitsubishi UCC Filings |
| 109 | | | | [04/24/2019] PNC UCC Filings |
| 110 | | | | [05/07/2019] Corporate Service Company UCC1 Filings t |
| 111 | | | | [05/09/2019] Crestmark Vendor Finance – MetaBank UCC1 Filings |
| 112 | | | | [07/08/2019] Idaho Tax Commission UCC Filings |
| 113 | | | | [09/29/2021] Idaho Department of Labor UCC Filings |
| 114 | | | | [05/11/2023] Diana Luoma UCC Filings |
| 115 | | | | [08/05/2024] Budget vs. Actual Cash Flow |
| 116 | | | | [02/02/2021] Monterey Receivables Purchase Agreement |
| 117 | | | | [11/19/2015] Alaska Growth Notes |
| 118 | | | | [08/15/2024] Alaska Growth Boat Motor Vehicle Record |
| 119 | | | | [08/15/2024] Analysis of In-Service, ACG-Secured Rental Assets |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Further, Redline Recreational Toys, Inc., further reserves the right to use any exhibit offered in rebuttal, and any exhibit offered by any other party.

2

39130.001\4895-5646-3064